## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.  1:26-mj-00369** |
| **Plaintiff,** | **MAGISTRATE JUDGE BOWMAN** |
| v. | |
| **MARK ALLEN CHANDLER,** | **UNITED STATES'** <br> **MOTION TO SEAL CASE** |
| **Defendant.** | |

The United States Attorney respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court or until the defendant is apprehended.

As grounds for the instant motion, the United States Attorney states that disclosure of said documents could hamper the apprehension of the defendant.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/*Kyle J. Healey*
KYLE J. HEALEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be filed under seal and shall not be disclosed until the apprehension of the defendant.

_____
DATE

_____
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE