AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **1:26-mj-00369** |
| Mark Allen Chandler | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___2024 through Nov. 1, 2025___ in the county of ___Highland___ in the ___Southern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2422(b) | Coercion and Enticement |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Digitally signed by
Kenny Silva
Date: 2026.05.04
14:50:55 -04'00'

_____
*Complainant's signature*

Kenny Silva, Special Agent, HSI
*Printed name and title*

Attested to by the applicant by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date:  **May 4, 2026**

_____
*Judge's signature*

City and state:  Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenny Silva, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since 2004, and am currently assigned to HSI Cincinnati.  While employed by HSI, I have investigated violations of federal criminal laws, including offenses pertaining to the illegal production, distribution, receipt and possession of child pornography (in violation of 18 U.S.C. §§ 2251(a) and (e), 2252(a), and 2252A). I have gained experience through training at the Federal Law Enforcement Training Center, the HSI Cyber Crimes Center, and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)) in all forms of media including computer media. I have also reviewed examples of materials relating to the sexual exploitation of children and have discussed and reviewed these materials with other law enforcement officers. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

2. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging **Mark Allen CHANDLER** with violations of Title 18, United States Code, Section 2251(a) and (e), Sexual Exploitation of Children; Title 18, United States Code, Section 2422(b), Coercion and Enticement of a Minor; and Title 18, United States Code, Section

1

2252A(a)(2)(B), Receipt of Child Pornography. This Affidavit is intended only to establish probable cause that the offenses were committed.  As such, it does not include each and every fact known to law enforcement about this investigation. I have set forth only the facts that I believe are necessary to establish probable cause in support of the attached criminal complaint

**PROBABLE CAUSE**

3. On or about November 10, 2025, the Homeland Security Investigations (HSI) tip line received information regarding an adult male identified as Mark Allen CHANDLER. The tip was forwarded to HSI Cincinnati as CHANDLER resided within HSI Cincinnati's area of responsibility. The tipster identified himself as the parent of a 15-year-old female, hereinafter referred to as MINOR VICTIM 1 (MV1), residing in Sacramento County, California. According to the tipster, CHANLDER had been in communication with MV1 beginning on or around June 2024 when their daughter was 14 years old. The communication between CHANDLER and MV1 included sexually explicit chats. The tipster stated that CHANDLER had video chatted with MV1 and had made several sexually explicit requests of MV1. Additionally, CHANDLER was accused of having sent MV1 sexually explicit images and videos of his genitals. The tipster further stated that CHANDLER directed MV1 to download Signal, an encrypted chatting application. The tipster indicated their willingness to cooperate with the investigation. The tipster provided the tip line with the phone number, 513-377-7911, that CHANDLER had used to communicate with MV1.

4. On or about November 13, 2025, the Highland County Sheriff's Office (HCSO) received a call from the tipster. The tipster told law enforcement that CHANDLER had engaged in sexually explicit communications with MV1, his minor daughter.  The tipster explained that he became

2

concerned when he saw a Signal notification on the mobile phone belonging to MV1. The tipster told law enforcement that he knew that Signal was an encrypted chatting application designed to keep messages private. The tipster told law enforcement that MV1 disclosed that she had been in communication with a 37-year-old man from Ohio named Mark Allen CHANDLER. MV1 further disclosed to the tipster that CHANDLER had sent her images and videos of his erect penis. According to the tipster, MV1 stated that CHANDLER referred to her by the nickname, "Bunny." The tipster stated that he listened to a voicemail on MV1's phone of a man saying, "Bunny bunny bunny bunny…" According to the tipster that voicemail came from phone number, 513-377-7911. MV1 identified the voice as belonging to CHANDLER. The tipster further stated that CHANDLER began communicating with MV1 in May or June 2024 when MV1 was 14 years old. Through independent online research the tipster located a photograph of CHANDLER. The tipster stated that he showed the picture to MV1 who identified the person in the picture as CHANDLER. The tipster stated that he also identified an address associated with CHANDLER, 895 Sicily Road, Mount Orab, OH 45154. The tipster stated that MV1 recognized images of the house at 895 Sicily Roaf, Mount Orab, OH 45154 from video calls with CHANDLER. The tipster further told law enforcement that MV1 had a screenshot saved in her phone wherein CHANDLER threatened to kill MV1 if she told on him.

5. An HCSO detective asked the tipster to continue communication with CHANDLER. The tipster agreed to. Under the direction and guidance of law enforcement and with the supervision of the tipster, MV1 maintained control of her mobile phone and continued communication with

3

CHANDLER. As instructed, the tipster forwarded to law enforcement screen-captured and screen-recorded chats between CHANDLER and MV1.

6. An HCSO detective queried the Ohio Law Enforcement Gateway (OHLEG) database and located a state-issued driver's license and image of CHANDLER. The address listed for CHANDLER was 895 Sicily Road in Highland County, OH. The Ohio Bureau of Motor Vehicles (BMV) photo of CHANDLER matched the images CHANDLER had sent to MV1.

7. On November 19, 2025, at approximately 0800 hours your Affiant spoke with Highland County Sheriff's Office (HCSO) Detective Erica Engle. Your Affiant became aware that the HCSO would be executing a state search warrant at the residence of CHANDLER located at 895 Sicily Road, Mount Orab, OH 45154. Detective Engle told your Affiant that the warrant would be executed later that morning. Det Engle also told your Affiant that there was a state arrest warrant for CHANDLER.

8. Your Affiant reviewed the search warrant provided by Det Engle. The search warrant, issued on November 18, 2025 by the Hillsboro Municipal Court in Highland County, detailed the probable cause to believe that evidence of violations of Ohio Revised Code (RC) §2907.31, Disseminating Matter Harmful to Juveniles, §2907.32, Pandering Obscenity Involving a Minor, and §2907.323, Illegal Use of a Minor in Nudity Oriented Material were presently located at 895 Sicily Road, Mount Orab, OH 45154. Per the search warrant, law enforcement was authorized to seize, open, view and take to a forensics laboratory for analysis any computers, hard drives, mobile phones or other electronic devices. Your Affiant agreed to respond to 895 Sicily Road, Mount Orab, OH 45154 and assist with the search of the residence.

4

9. At approximately 1025 hours, your Affiant arrived at 895 Sicily Road, Mount Orab, OH 45154. HCSO personnel were already present at the residence. HCSO had not yet made entry into the home. HCSO detectives had determined that there was no one present at the residence. Law enforcement worked to contact family members of CHANDLER to gain entry into the residence.

10. At approximately 1030 hours, law enforcement observed a Black Ford Fusion driven by CHANDLER drive past the residence. At approximately 1033 hours, law enforcement conducted a stop of the black Ford Fusion (Ohio Tag: JYS7767) and encountered CHANDLER in the driver's seat. CHANDLER was ordered out of the vehicle and placed in handcuffs. A pat down search of CHANDLER revealed keys in CHANDLER's right pant pocket. In his left pocket CHANDLER had a wallet. A black Apple iPhone was observed in the driver's seat of the black Ford Fusion. Law enforcement took possession of the Apple iPhone. CHANDLER was placed in the backseat of an HCSO marked unit.

11. At approximately 1036 hours, law enforcement informed CHANDLER that he was detained. CHANDLER was informed of his Miranda rights. CHANDLER stated that he understood his rights. CHANDLER was asked if law enforcement could drive CHANDLER's vehicle back to the residence in lieu of having it towed. CHANDLER agreed. CHANDLER and his vehicle were then transported back to the residence.

12. At approximately 1045 hours, law enforcement made entry into 895 Sicily Rd, Mount Orab, OF 45154, utilizing CHANDLER's keys to open the front door. Law enforcement cleared the residence and determined no one was home.

5

13. At approximately 1053 hours, law enforcement showed CHANDLER a copy of the search warrant. CHANDLER was handcuffed and seated in the back seat of an HCSO marked unit. An HCSO Detective asked CHANDLER if there were any computers in the home that he had access to. CHANDLER responded that there was a computer bag in the dining room, just to the right of the front door. CHANDLER stated that the computer bag contained his MacBook laptop and Apple iPad. CHANDLER was asked for the passwords to those devices. CHANDLER declined to provide passwords for those devices.

14. At approximately 1128 hours, law enforcement met with Mark Chandler Sr, Barbara Chandler, and Justin Chandler in the living room of the residence. An HCSO Detective informed the family that law enforcement had a search warrant for the residence. Justin Chandler told law enforcement that CHANDLER always carried a backpack that contained his laptop. Justin Chandler told law enforcement that the backpack was in the dining room. Additionally, Justin Chandler and Mark Chandler Sr told law enforcement that CHANDLER's bedroom was located upstairs.

15. At approximately 1130 hours, law enforcement began the search of the residence. During the search officers located and seized several items. Upon discovery, the seized items were photographed in place by law enforcement. See below for a list of the seized items.

    a. Apple iPhone

    b. Vehicle Dash Camera

    c. Black Computer Bag

    d. Apple Laptop

    e. Apple iPad

    f.   Computer Keyboard

    g.   White Apple branded Electronic Device

    h.   Amazon Kindle

    i.   Medication Box

    j.   Miscellaneous Computer Cords

    k.   Google Pixel 5 Mobile Phone

    l.   Blue and Silver colored USB Drive

    m.  Plugable Hard drive

16. The Apple iPhone and Vehicle Dash Camera were discovered in the black Ford Fusion driven by CHANDLER. The Black computer bag was discovered in the dining area. The black computer bag was found to contain an Apple Laptop, Apple iPad, Computer Keyboard, White Apple branded Electronic Device, Amazon Kindle, Medication Box, and Miscellaneous Computer Cords. The Google Pixel 5 Mobile Phone, Blue and Silver colored USB drive, and the Plugable Hard Drive were discovered by law enforcement in CHANDLER's upstairs bedroom.

17. Upon completion of the search warrant, law enforcement documented the seized items on a property receipt. A copy of the search warrant and property receipt were left with Mark Chandler Sr and Barbara Chandler. HCSO turned over eight (8) items to an HSI Computer Forensics Analyst (CFA) for forensic analysis pursuant to the Hillsboro Municipal Court Search Warrant. The items listed below were then transported to the HSI Cincinnati office for forensic review.

    a.   Apple iPhone

    b.  Vehicle Dashcam

    c.  Apple Laptop

    d.  Apple iPad

    e.  White Apple-Branded Electronic Device

    f.  Google Pixel Mobile Phone

    g.  Blue/Silver Colored Thumb Drive

    h.  Plugable Hard Drive

18. Continuing on November 19, 2025, CHANDLER was arrested on state charges for furnishing a now 15-year-old female material or performance that is obscene or harmful to juveniles in violation of Ohio RC (RC) §2907.31, and for knowingly attempting to intimidate or hinder, by force or by unlawful threat of harm influence, intimidate, or hinder from filing or prosecution of criminal charges in violation of Ohio RC §2921.04. CHANDLER was subsequently transported to HCSO headquarters. Law enforcement attempted to interview CHANDLER. CHANDLER invoked his right to legal counsel and the interview was terminated. CHANDLER was subsequently transported to the HCSO jail.

19. On or about November 19, 2025, your Affiant reviewed the screen-captured images of the communication between CHANDLER and MV1 that had occurred at the direction and guidance of law enforcement. HCSO detectives had furnished those images to your Affiant. Those chats had been provided to HCSO by the tipster and parent of MV1. Your Affiant observed several instances wherein MV1 disclosed to CHANDLER that she was 15 years old. In one exchange MV1 wrote, "I could see you I have a friend that's 15 like me and she took the bus all the way to Idaho to see her boyfriend." In another exchange CHANDLER

8

acknowledged knowing that MV1 was 15 years old. CHANDLER also referenced having made payments to MV1. CHANDLER wrote, "Ohhhhhh wait I think the last time I got you a visa card and you were able to buy yourself vbucks" and "Hmmmmmm should I get you one??" MV1 wrote back, "Yes pls daddy I'll be really happy" and "U can spank my 15 yr olddd ass." CHANDLER replied, "Ughhhhhhhh fuck that's so fucking hot" and "I'll get you card if you let me see that sexy lil 15 year old ass." In one of the screen-recordings your Affiant observed a selfie-style photograph of CHANDLER. Your Affiant identified the adult male depicted in the image as CHANDLER.

20. Several portions of the screen-recorded chats were sexual in nature. The following excerpts were sent from CHANDLER to MV1:

   a. I know I've always told you I'm so horny for you and I'm so obsessed with you and shit and that was always true but like…it's true now in a way that it was never before. Like it's extreme. I'm constantly thinking dirty shit about you and you're literally always on my mind, it's so hard to think about anything else.

   b. God the list of things I've fantasized about you is basically infinite atp. I'm so so so so so so so obsessed with your ass, like it's constantly popping up in my head. I wanna squeeze it through your pants and then take them off and lay you on your stomach and spank you gently and then massage your ass cheeks so deep and hard and like slowly keep pulling your panties down more and more and more as I go until I can see that cute lil asshole ans your glistening wet pussy and then I wanna eat your ass while I finger your pussy and then finger your ass while I finger your pussy and then bend you over and spank the fuck out of you till your ass is bright red and you're begging me to

9

stop because it hurts and then I wanna shove my thumb in your asshole and my dick in your pussy and just pound the fuck out of you till I cum deep up in you.

c. I wanna worship your body. Like give every part of yu all of the attention and touching and licking and fucking it deserves.

d. I won't ever let anything hurt more than you want it to. Like I know you wanna be slapped around and spanked and stuff and I'm super into that but I don't ever want it to hurt like I'm like tearing your pussy open with my dick or smt yk?

e. I wanna be alone with you.

21. Additionally, your Affiant observed two screen-captured still images of videos that depicted an erect adult penis sent by CHANDLER to MV1 on November 13, 2025. The progress bar at the bottom of the image showed that one of the videos was 19 seconds long. The second video was 7 seconds long. The images depicted CHANDLER masturbating.

22. On November 26, 2025, MV1 and her father met with HSI in Sacramento, CA. MV1 and her father agreed to have MV1 participate in an interview with an HSI forensic interviewer. The interview was audio and video recorded. During the interview, MV1 was positively identified as a minor having been born in 2010. MV1 told the interviewer that CHANDLER first contacted her on Snapchat in June 2024 when she was 14 years old. MV1 stated that she told CHANDLER her true age. MV1 stated that CHANDLER initially said that he was 28 years old and later admitted that he was 36 years old. MV1 stated that CHANDLER communicated with her by text message from his phone number, 513-377-7911. MV1 further stated that CHANDLER video chatted with her via FaceTime and that she had been able to see CHANDLER's face. MV1 stated that CHANDLER instructed her to download the Signal

application because it was encrypted. MV1 told the interviewer that CHANDLER described violent sexual acts to her and requested pictures of her body. Additionally, CHANDLER sent MV1 videos of himself masturbating. The violent sexual acts described by CHANDLER included knives and CHANDLER holding MV1's head under water. MV1 stated that CHANDLER had sent her virtual gift cards to be redeemed in online games. According to MV1, she tried to block CHANDLER several times, but CHANDLER would create new accounts and reestablish communication. MV1 stated, that sometime in early November 2025, CHANDLER threatened to kill her and kill himself. The interviewer showed MV1 an Ohio BMV picture of CHANDLER. MV1 positively identified the person in the picture as CHANDLER. MV1 and her father agreed to allow law enforcement to conduct a forensic analysis of MV1's mobile phone. A forensic extraction was accomplished by HSI Sacramento and forwarded to your Affiant for review.

23. Your Affiant's forensic review of MV1's mobile phone revealed that phone number, 513-377-7911, was saved as a contact. The default Apple iPhone contact icon displayed the initials "MC" and a created date of May 6, 2025. MV1's call logs showed several outgoing and incoming calls between CHANDLER and MV1 dating back to April 2025. Those calls included FaceTime video, FaceTime audio, and phone calls. Several of the communications depicted the call status as answered. Your Affiant observed that on May 5, 2025, MV1 answered an incoming phone call from CHANDLER that lasted 12 minutes and 18 seconds. On May 25, 2025, MV1 answered an incoming FaceTime Audio call from CHANDLER that lasted 2 hours 27 minutes and 45 seconds. Your Affiant also observed a January 10, 2025, voicemail left on MV1's phone by CHANDLER. The voicemail transcript read, "Bunny bunny

bunny bunny bunny bunny bunny bunny bunny bunny bunny bunny bunny." Additionally, your Affiant also observed on MV1's mobile phone the chats between CHANDLER and MV1 that had been carried out at the direction and guidance of law enforcement.

24. Your Affiant observed a screen captured image that depicted an excerpt of a chat between CHANDLER and MV1. The chat took place on the Signal application. The screen captured image had a created date of November 10, 2025. In that chat CHANDLER wrote, "rough fuck your holes cum all over your face or down your throat, literally anything I want and you can't do anything to stop me. You're just a little girl." MV1 responded, "I'm going to tattle tail on u." CHANDLER wrote back, "Fuck you" and "I'll kill you." MV1 responded, "No ur not." CHANDLER then wrote, "Yeah bc you're not gonna tattle." MV1 wrote back and asked, "Ohhh then what's gonna happen if u killeddd meee?" CHANDLER responded, "I'll kill myself after dw."

25. Your Affiant's review of the images in MV1's phone revealed several images that depicted CHANDLER in various stages of undress. One image depicted CHANDLER fully dressed wearing a long sleeve shirt and khaki pants. Another image showed CHANDLER wearing the same long sleeve shirt and khaki pants, except the pants were undone and pulled down to expose his crotch while wearing black underwear. In another image CHANDLER is depicted wearing only black underwear. Those images were dated November 11, 2024. Your Affiant recognized the backdrop of the photos as CHANDLER's upstairs bedroom at 895 Sicily Road, Mount Orab, OH 45154. Exchangeable Image File Format (EXIF) data for the images included Global Positioning System (GPS) data. The GPS coordinates (Latitude 39°1'56.76" and

Longitude 83°52'11.08") placed the location where the photos were taken as 895 Sicily Road, Mount Orab, OH 45154.

26. A review of the User Notification Events in MV1's phone revealed excerpts of chats between CHANDLER and MV1 from the Signal application. The title listed for those notifications was "Mark." In one excerpt from November 4, 2025, CHANDLER referred to MV1 by her first name. In another, CHANDLER referred to MV1 as, "Bunnyyyyyy." On November 5, 2025, in an apparent reference to how long CHANDLER and MV1 have been communicating, CHANDLER wrote, "Yeap we're like 4 months away from 2 years."

27. Several of the Signal application user notification events were sexual in nature. The following are examples of sexually explicit messages sent by CHANDLER to MV1:

    a.   I wanna fuck you so so so bad. I think about it all the time. I need to take your virginity and fill you up with cum, really make you mine.

    b.   That's a good girl. Daddy loooooves this obedient attitude.

    c.   I wish I could too. Lock you up in a dungeon and chain you to the floor so you can't leave unless I let you. Tie you up so I can put you in whatever position I want you in and keep you in it as long as I want.

    d.   I'll provide you with everything you need and use you the way you need to be used and you'll be so so so happy.

    e.   Daddy's perfect lil slut.

    f.   Gonna chain you bent over the side of a bathtub so your head is just barely above water too so I can fuck that lil pussy while I spank the fuck out of your ass and hold your head under water.

g. Knives that could slit your throat wide open very easily.

28. Beginning on or about December 5, 2025, Your Affiant began a forensic review of CHANDLER's Apple iPhone 15 pro mobile phone. The device's assigned phone number was 513-377-7911. The device's chat logs revealed that CHANDLER had communicated with several suspected minor female victims. The communications occurred via Short Message Service (SMS) utilizing the device's assigned phone number.

29. In one conversation that began on or about October 5, 2025, CHANDLER communicated with a suspected minor female believed to reside in the Dallas, TX area, hereinafter referred to as MINOR VICTIM 2 (MV2). The chats appeared to have continued through on or about November 8, 2025. On October 6, 2025, MV2 wrote, "I missed you". That message indicated to your Affiant that CHANDLER had been in communication with MV2 prior to October 5, 2025.

30. Your Affiant observed chats wherein CHANDLER acknowledged knowing that MV2 was a minor. On October 6, 2025, MV2 wrote, "I'm almost 18." CHANDLER wrote back "I know isn't that so freaking crazy." MV2 responded, "Yes crazy crazy crazy." CHANDLER replied, "And awesome and conveniently legal AF."

31. In several instances CHANDLER engaged MV2 in chats of a violent and sadistic nature. CHANDLER did not communicate discouragement or opposition during those chats. MV2 described committing self-harm and CHANDLER responded, "OHHHHH I got you. Blood gushing out all over you and dripping all over everything" and "Yeah we'll make it an assortment of cuts. Some deep, some shallow." In response to an image sent by MV2 that

14

depicted self-harm, CHANDLER wrote, "The one right below the new one looks like it has a really interesting texture."

32. Several portions of the chat between CHANDLER and MV2 were sexual in nature. The following excerpts are examples of sexually explicit text messages sent from CHANDLER to MV2.

   a.  Mmhmm like idk that I could ever stop wanting you.

   b.  It'd be so hard to ever take my eyes off of you.

   c.  I wasn't expecting to be so fucking horny tn hahahaha.

   d.  I'd love to live with you. And like adventure and explore with you. It'd be so fun. We can travel the world and I'll fuck you in the ass in every country.

   e.  Be a good lil whore for your daddy.

33. During the forensic review of CHANDLER's mobile phone your Affiant observed several images of CSAM that depicted MV2. See below for a description of those images.

- A selfie-style frontal image depicting MV2 nude with exposed breasts and pubic area.

- A selfie-style frontal image depicting MV2 nude with exposed breasts.

- A selfie-style image depicting MV2's nude reflection in a mirror with exposed buttocks.

- An image depicting MV2's exposed vagina and anus.

- Four (4) different images depicting MV2 nude with exposed breasts and pubic area while holding a phallic-shaped curling iron close to her mouth.

15

- Two (2) different images depicting MV2 nude with exposed breasts and pubic area while appearing to insert a phallic-shaped curling iron into her vagina or anus from behind out of view.

34. On November 26, 2025, MV2 met with HSI Dallas in Plano, TX. MV2 agreed to participate in an interview with an HSI forensic interviewer. The interview was audio and video recorded. During the interview, MV2 was positively identified as a minor having been born in 2009.

35. MV2 told the interviewer that she knew CHANDLER's name to be Mark CHANDLER. MV2 stated that CHANDLER first communicated with her when she was in the 8th grade and had been communicating with her on and off ever since. MV2 told the interviewer that CHANDLER had communicated with her utilizing several platforms, including Snapchat, Instagram, TikTok and SMS text messaging. MV2 told the interviewer that CHANDLER communicated with her from phone number, 513-377-7911.

36. MV2 was shown an image of CHANDLER provided by your Affiant. The image was from CHANDLER's Ohio driver's license. MV2 identified the adult male in the image as CHANDLER. MV2 stated that she had told CHANDLER her true age. MV2 told the interviewer that CHANDLER had requested nude videos of her and instructed her to touch herself in the videos. MV2 told the interviewer that CHANDLER paid her in exchange for those videos. MV2 stated that CHANDLER had also sent her images of his penis.

37. MV2 was shown sanitized images of the media found on CHANDLER's Apple iPhone. Those images were provided to the interviewer by your Affiant. One of the images shown to MV2 depicted MV2 nude and simulating sex acts with a curling iron. MV2 confirmed it was her in the images. MV2 stated that CHANDLER had instructed her to use the curling iron.

16

MV2 told the interviewer that she believed those images where screen captured from a live video call with CHANDLER.

38. Beginning on or about December 19, 2025, an HSI Computer Forensic Analyst conducted a forensic review of CHANDLER's Apple iPad. Your Affiant reviewed the findings. The device's chat logs revealed chats between CHANDLER and several suspected minor females. Those chats occurred via Short Message Service (SMS) utilizing the device's assigned phone number, 513-377-7911. Several of the chats were sexual in nature and included CHANDLER describing sex acts and requesting that the suspected minors self-produce CSAM. In several instances the suspected minor victims tell CHANDLER that they are minors. Additionally, in several instances CHANDLER sends selfie style pictures to the suspected minors.

39. In one chat conversation that began on or about June 5, 2024, CHANDLER wrote to a suspected minor female believed to reside in the Grand Rapids, MI area, hereinafter referred to as MINOR VICTIM 3 (MV3). The chats appeared to have continued through on or about June 4, 2025. Several times throughout the chats MV3 wrote to CHANDLER expressing that she was a minor. On or about October 25, 2024, CHANDLER offered to provide marijuana for MV3. MV3 responded, "I'm 15 silly guy I can't legally do that." In another instance, on or about May 31, 2025, during a discussion about the age of consent and a potential relationship between MV3 and a 16-year-old male CHANDLER acknowledged knowing that MV3 was a minor. MV3 wrote, "cuz I'm not the age of consent." CHANDLER responded, "Yeah but that has nothing to do with him lol it's not illegal at all since he's 16." MV3 wrote back, "but I'm not 16?" CHANDLER responded, "Yeah that doesn't matter. Minors can do what they want."

17

40. The chats between CHANDLER and MV3 showed that CHANDLER had paid MV3 in exchange for self-produced CSAM. Your Affiant observed at least 30 videos and 30 images of self-produced CSAM that depicted MV3. On or about February 28, 2025, CHANDLER received three images that depicted MV3 nude and bent over with exposed genitalia along and a 10 second video of MV3 nude and bent over with exposed genitalia. The images and video all took place on a bed covered with stuffed animals. CHANDLER responded by sending MV3 a link to redeem a Visa gift card and wrote, "You earned it my good girl. See below for examples of additional CSAM received by CHANDLER that depicted MV3:

    a.  IMAGES

        i.  An image of MV3 nude and bent over at the waist with exposed genitalia. The image includes a "MC" contact icon in the top right corner, indicating to your Affiant that it was a screen-capture of a live video call.

        ii.  An image depicting MV3 nude and squatting on a bed while holding a sex toy to her exposed vagina. A unique and identifiable tattoo is visible on MV3's abdomen. The image shows motion blur and includes a "MC" contact icon in the top left corner, indicating to your Affiant that it was a screen-capture of a live video call.

        iii.  An image depicting MV3's exposed genitalia. MV3's unique and identifiable tattoo is visible.

        iv.  An image depicting MV3 from behind with exposed genitalia while spreading her buttocks with her hands. Picture was taken on a bed full of stuffed animals.

18

v. An image depicting the nude torso and pelvic area of MV3 with exposed genitalia. MV3's unique and identifiable tattoo is visible.

b. VIDEOS

i. A 3 second video depicting MV3 nude with exposed genitalia. MV3 is seen holding her bare breasts. Unique and identifiable tattoo is visible.

ii. A 1 minute 58 second video depicting MV3 partially nude and straddling the camera while exposing her genitalia and inserting a sex toy in her vagina.

iii. A 3 second video depicting MV3 in the shower from behind with exposed genitalia.

iv. A 1-minute video depicting MV3 nude from the waist down inserting a sex toy in her exposed vagina. MV3's unique and identifiable tattoo is visible.

v. A 3-minute depicting MV3 nude from the waist down inserting a sex toy in her exposed vagina. MV3's unique and identifiable tattoo is visible.

41. Several portions of the chats between CHANDLER and MV3 were sexual in nature. The following excerpts were sent from CHANDLER to MV3:

a. Yes I want to pound the fuck out of that tight lil pussy.

b. Like a lil bit of pain is fun ig but not like ripping your pussy open pain lmao.

c. Look at your sexy body. Your tits, your ass, your tiny lil pussy.

d. Because I wanna know what you taste like and I wanna know what it feels like to make you cum.

e. Lemme take a wild guess. You're horny as fuck all the time and just want someone to use the fuck out of you like the little whore you are but the only thing you can find are

19

dumbass little boys who don't know what they're doing and cum after like 5 seconds and grown men who can't stop drinking and watching the game long enough to actually give you what you need.

f. Like wrapping my arms around your waist and holding you tight up against me with my dick pressed up against your ass. Sliding my hands up your body and squeezing your tits while I'm kissing your neck.

42. On February 4, 2026, MV3 met with HSI in Grand Rapids, MI. MV3 and her mother agreed to have MV3 participate in an interview with an HSI forensic interviewer. The interview was audio and video recorded. During the interview, MV3 was positively identified as a minor having been born in 2009. MV3 was shown a driver license picture of CHANDLER provided by your Affiant. MV3 identified the person in the picture as a person she'd been communicating with who had asked her for sexually explicit images. MV3 told the interviewer that CHANDLER first contacted her on Snapchat when she was 14 years old. MV3 stated that CHANDLER also communicated with her through SMS text messages, Instagram, and on the Signal messaging application. MV3 stated that CHANDLER had instructed her to download Signal. When asked if she told CHANDLER her age MV3 responded, "I told him right away I was 14." MV3 could not recall CHANDLER's age but stated that she believed he was in his late 30s or early 40s and that he lived in Ohio.

43. During the interview, MV3 stated that CHANDLER had request she self-produce CSAM and send it to him. MV3 further stated that CHANDLER told her that she would not get into trouble for sending him CSAM. MV3 told the interviewer that CHANDLER wanted her to call him "Daddy." MV3 also stated that CHANDLER instructed her to buy lingerie and sex toys. MV3

20

stated that she would order the products and have them shipped to her house and that CHANDLER would reimburse her with Visa or Amazon gift cards. MV3 went on to state that she would take pictures with the lingerie and sex toys and send those pictures to CHANDLER. MV3 stated that the gift cards were normally $25.00 USD but did recall receiving one $500.00 USD gift card. MV3 stated that CHANDLER sent her gift cards in exchange for her self-producing CSAM. MV3 stated that CHANDLER would provide instruction on what he wanted depicted. MV3 recalled CHANDLER asking her to bend over and, "show him everything." MV3 told the interviewer that CHANDLER had sent her pictures of his penis and videos of him masturbating. MV3 stated that CHANDLER video chatted with her on FaceTime and Snapchat.

44. The interviewer showed MV3 an image that depicted a fully nude female squatting on a bed holding a sex toy to her exposed vagina. A unique and identifiable tattoo is visible on the female's abdomen. In the top left corner of the image is a square shaped contact icon bearing the letters. "MC." MV3 identified the person in the image as herself. MV3 stated that the image was taken in her bedroom. MV3 identified the still image as a screen-capture of a FaceTime video call with CHANDLER. MV3 stated that she had asked CHANDLER if he screen-recorded their video chats and CHANDLER said that he did. Additionally, MV3 stated that she would sometime FaceTime CHANDLER from the shower and that CHANDLER would screenshot it. MV3 identified herself in several CSAM images shown to her as images she had sent to CHANDLER. MV3 also identified a unique and identifiable tattoo that she had on her abdomen. When asked, MV3 recalled that CHANDLER's name was Mark CHANDLER and that his phone number was 513-377-7911.

45. During the interview, MV3 disclosed that CHANDLER had recently contacted her and told her that he had been arrested for buying pictures from another girl. CHANDLER then went on to tell MV3 that the other girl got in trouble for sending him pictures.[1]

46. In another chat conversation that began on or about May 1, 2024, CHANDLER wrote to a suspected minor female believed to reside in the Los Angeles, CA area, hereinafter referred to as MINOR VICTIM 4 (MV4). The chats appeared to have continued through on or about June 11, 2025. On or about November 7, 2024, CHANDLER acknowledged knowing that MV4 was a minor. MV4 wrote, "Yeah I mean I love you too except for the fact that it's pretty illegal. Not too far from 18 tho. Only like 3 and a half years lol" CHANDLER responded, "That's so close."

47. The chats between CHANDLER and MV4 showed that on or about February 7, 2025, CHANDLER sent MV4 a selfie-style image from a bathtub. Your Affiant reviewed the image and identified the adult male depicted in the image as CHANDLER. Additionally, CHANDLER received at least 10 videos of self-produced CSAM that depicted MV4. See below for examples of CSAM received by CHANDLER that depicted MV4:

 a. A 40 second video depicting MV4 nude from the waist down while straddling a sex toy as it is inserted into her exposed vagina.

 b. A 59 second video of MV4 nude from the waist down inserting a sex toy into her exposed vagina.

 c. A 15 second video of MV4 from behind as she spreads her nude buttocks exposing her anus and vagina.

---

[1] Based on your Affiant's training and experience this is indicative of CHANDLER attempting to intimidate MV3 into not revealing their previous interactions.

    d.  A 58 second video depicting MV4 from behind as she straddles a sext toy between her legs as it is inserted into her exposed vagina.

    e.  A 34 second video depicting a close up of MV4's exposed vagina as she masturbates with her hand.

48. Your Affiant observed several instances throughout the chat where CHANDLER paid MV4 to produce CSAM. In one instance, on or about December 7, 2024, MV4 wrote, "I hate to be like this but I fr need you to pay me. I understand if you don't wanna do what we've arranged anymore but I still want the last payment." CHANDLER replied, "I do want to do this and I'll pay you what I owe you right now. What's your brother's venmo again?" MV4 responded by sending CHANDLER a Venmo username. CHANDLER wrote back, "I sent it! Sorry again." In another instance, on or about January 23, 2025, MV4 wrote, Do you think If I send you some stuff later this week you could pay me like 100 by Friday? CHANDLER wrote back, "Yes absolutely! I've been wanting to so bad but wanted to let you decide when you were ready." On or about January 25, 2025, MV4 wrote, "Do you think you could send me that 100 and I can make some stuff for you later." CHANDLER wrote back, "You're so welcome. Just sent."

49. Several portions of the chat between CHANDLER and MV4 were sexual in nature. The following excerpts were sent by CHANDLER to MV4:

    a.  I love the thought of that big dildo in that tiny lil pussy.

    b.  I love seeing that tiny little pussy taking that big long dick.

    c.  You should make another vid like this but pull your panties down so I can see that cute lil asshole.

23

d. I wanna bury my face in your ass so fucking bad.

e. Jesus fucking christ oh my god that ass is insane.

f. Mmmmmm I mean like I'd give anything to see you fucking your ass but we could get you a butt plug or another vibrator or like really whatever you want.

50. In another chat conversation that began on or about December 5, 2024, CHANDLER wrote to a suspected minor female believed to reside in the Houston, TX area, hereinafter referred to as MINOR VICTIM 5 (MV5). The chats appeared to have continued through on or about December 26, 2024. There were several instances in the chat where CHANDLER was made aware that MV5 was a minor. On or about December 5, 2024, MV5 sent CHANDLER a picture that showed, I [heart] M, had been written on her hand. Also, visible in the picture was MV5's school identification that identified MV5 as having been an 8th grade student during the 2024-25 academic year. CHANDLER acknowledged receipt of the picture and wrote back, "I LOVE YOU [MV5's Name] BABY." Continuing on or about December 5, 2024, MV5 wrote to CHANDLER, "You'd be a great dad. Just don't fuck the kids cuz I know you like me." CHANDLER responded, "LMFAO OMG I PROMISE I WON'T." MV5 then wrote, "Cuz you like me." CHANDLER responded, "Mmhmm it makes sense. I'm not really like that though. Especially if they were my own kids, ew fuck no."

51. Your Affiant observed several instances throughout the chat where references were made to CHANDLER paying MV5. In one instance, on or about December 6, 2024, MV5 wrote to CHANDLER, "Can you do pay pal now." CHANDLER wrote back, "I can!" MV5 then sent CHANDLER a screenshot of a PayPal account and username. In another instance, on or about December 8, 2024, MV5 wrote, "Hello?? The gift card." CHANDLER responded by sending

24

MV5 a link to redeem a Visa gift card. In another instance, on or about December 8, 2024, CHANDLER offered to buy MV5 Starbucks and wrote, "I want you to do something for me for it though." MV5 replied, "oh like what?" CHANDLER wrote back, "I want you to make a vid of something for me." MV5 then asked, "a vid of what." CHANDLER responded, "Naked and riding the fuck out of a dildo in the bathtub." CHANDLER specified that he wanted the video to be shot from the front.

52. Several portions of the chat between CHANDLER and MV5 were sexual in nature. The following excerpts were sent by CHANDLER to MV5.

    a. You love being made to fell like the worthless whore you are.

    b. Just a sexy lil cum slut.

    c. I gave a bj once though lol.

    d. You wanna see me suck a dick? Lmao

    e. Do you like sucking dick? And like what's your fav position.

    f. You're such a little fucking slut and I fucking love it.

    g. You're just a fucking whore.

53. While reviewing the chats between CHANDLER and MV5 your Affiant observed that on or about, December 6, 2024, CHANDLER sent MV5 a selfie-style image of himself. Your Affiant reviewed the image. The image depicted CHANDLER. On or about December 7, 2024, MV5 sent CHANDLER four clothed pictures of herself. Notably, one of the pictures was taken in a bedroom setting under ultraviolet, or black light, illumination resulting in a blue-toned hue. MV5 then wrote, "When are you gonna be home. I'm already riding it for you Baby."

CHANDLER wrote back, "Omfg almost home. I'm getting straight in bed lmao." MV5 replied, "Can we ft? Rn?"

54. While reviewing the media saved in CHANDLER's Apple iPad your affiant observed several self-produced CSAM videos that depicted MV5 engaged in sexual acts. Several of the videos observed by your affiant depicted CHANDLER in a picture-in-picture display indicating to your Affiant that they were screen-recordings of live video calls. See below for examples:

 a. A 3 minute 19 second video depicting a nude suspected minor female straddling a sex toy as it is inserted in her vagina in a bedroom setting under ultraviolet, or black light, illumination resulting in a blue-toned hue. The video included a picture-in-picture display that showed CHANDLER in the bottom right corner of the video.

 b. A 24 second video depicting a nude suspected minor female straddling a sex toy as it is inserted in her vagina while in a bathtub. In the video the suspected minor is facing away from the camera. The video included a picture-in-picture display that showed CHANDLER in the bottom right corner of the video.

 c. A 9 seconds video depicting a nude suspected minor female straddling a sex toy while in a bathtub as the sex toy is inserted in her vagina. The suspected minor is depicted facing the camera and her genitals are exposed throughout the video. The video included a picture-in-picture display of CHANDLER in the bottom right corner.

 d. A 39 second video depicting a nude suspected minor female straddling a sex toy as it is inserted in her vagina. The suspected minor is depicted atop a bathroom sink countertop. The video included a picture-in-picture display that showed CHANDLER in the bottom right corner of the video.

55. On March 11, 2026, MV5 and her father met with representatives of HSI Houston in Conroe, TX. MV5 and her father agreed to have MV5 participate in an interview with an HSI forensic interviewer. The interview was audio and video recorded. During the interview, MV5 was positively identified as a minor having been born in 2011. The interviewer showed MV5 a screen captured image of a video call that depicted CHANDLER in the picture-in-picture display. The screen captured video call also depicted a Snap Chat conversation. MV5 recognized CHANDLER in the image. MV5 stated that she knew him as, "Mark." MV5 stated that CHANDLER began communicating with her when she was 12 years old. MV5 could not recall on what online platform she met CHANDLER. MV5 told the interviewer that CHANDLER lived in Ohio. MV5 also recalled that CHANDLER's bedroom was up a flight of stairs.

56. The forensic interviewer presented MV5 with several images for her review. MV5 reviewed an image that depicted a hand with "I [heart] M" markings. The picture also depicted MV5's school identification. MV5 confirmed that it was her hand and that the school identification depicted in the image had been issued to her. MV5 stated that she had written the 'M' on her hand in reference to CHANDLER. MV5 stated that she took the picture while enrolled in the 8th grade. MV5 stated that she sent the image to CHANDLER. MV5 reviewed a screenshot of a video that depicted her straddling a sex toy atop a bathroom sink with a picture-in-picture display that depicted CHANDLER. MV5 confirmed that she was the person depicted in the image. MV5 also identified CHANDLER from the picture-in-picture display. MV5 stated that the image depicted a video FaceTime call with CHANDLER. MV5 stated that she was unaware that CHANDLER had recorded the video call. The forensic interviewer described several

screenshots that depicted MV5 in a bathtub and in a bedroom setting. The screenshots contained picture-in-picture displays that depicted CHANDLER. MV5 did not want to see the images but was able to describe and confirm the location and specific acts depicted in the images, to include that the bedroom had been illuminated by ultraviolet light. MV5 stated that the images depicted FaceTime video calls with CHANDLER. MV5 stated that she was not aware that CHANDLER had recorded the video calls. MV5 told the interviewer that CHANDLER had requested that she insert the sex toy in her vagina and anus as depicted in the screen recordings.

57. Beginning on or about December 17, 2025, an HSI Computer Forensic Analyst conducted a forensic review of CHANDLER's Google Pixel 5 mobile phone was seized from CHANDLER's bedroom. Your Affiant has reviewed the forensic findings. The forensic review uncovered numerous videos of suspected child pornography that depicted pre-pubescent minors. Several of the video file names contained terms consistent with child pornography. Additionally, the file paths of the suspected child pornography videos indicated to your Affiant that the videos were downloaded and readily accessible on the device. The suspected child pornography videos observed by your Affiant included the following;

   a. A 6 minute 22 second video depicting an unknown female pulling down the underwear of a sleeping pre-pubescent male exposing his penis. The unknown female then performs oral sex on the pre-pubescent male.

   Filename: BS.mp4

   b. A 19 minute 4 second video depicting several scenes where a pre-pubescent male is seen performing oral sex on an unknown adult male as well as being anally

28

penetrated by the adult male's penis. Additionally, the prep-pubescent male is depicted with his hands and feet bound together by rope.

Filename: P101 01(SF).mp4

c. A 17 minute and 38 second video depicting a pre-pubescent female and a pre-pubescent male with exposed genitals engaged in oral and vaginal sex.

Filename: 13 year old sister has sex with 11 year old fat brother.mp4

d. A 1 minute 23 second video depicting a pre-pubescent female nude and tied to a tree outdoors while performing oral sex on an unknow adult male.

Filename: tied-to-tree-bj.mkv

e. A 1 minute 34 second video depicting a nude pre-pubescent female being vaginally penetrated by penis on an unknown adult male.

Filename: 11yo blonde girl riding her father dick.mp4

58. Additionally, your Affiant observed attribution data on the Google Pixel 5 mobile phone that served to establish ownership and control of the device to CHANDLER. That attribution data included user accounts in CHANDLER's name, to include, a Facebook account for user Mark Chandler as well as a Google account with the email address, mark.allen.chandler@gmail.com. Your Affiant also noted that the Google Pixel phone had a WhatsApp account for user, "Mark", linked to phone number, 513-377-7911. Additionally, your Affiant observed that MV1's phone number had been saved as a WhatsApp contact. Furthermore, MV1's phone number was saved in the device's contacts as "Bunny."

29

**CONCLUSION**

59. Based on the forgoing facts, I believe that probable cause exists that CHANDLER violated Title 18, United States Code, Section 2252A(a)(2)(A), Receipt of Child Pornography, Title 18, United States Code, Section 2251(a) and (e), Sexual Exploitation of Children, and Title 18, United States Code, Section 2422(b), Coercion and Enticement of a Minor.

Respectfully submitted,

Digitally signed by Kenny Silva
Date: 2026.05.04 14:51:39 -04'00'

Special Agent Kenny Silva
Homeland Security Investigations

Subscribed and sworn to and before me by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on May  4  , 2026.

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

30