# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America
v.

Mark Allen Chandler

)
)
)
)
)
)

Case No. **1:26-mj-00369**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Mark Allen Chandler                                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) – Coercion and Enticement
18 U.S.C. § 2252A(a)(2) - Receipt of child pornography
18 U.S.C. § 2251(a) & (e) - Sexual Exploitation of Children

Date:     **May 4, 2026**

*Stephanie K. Bowman*

*Issuing officer's signature*

City and state:     Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 05/04/26 , and the person was arrested on *(date)* 05/05/26 | |
| at *(city and state)* | |
| Date: 05/05/26 | *W G* |
| | *Arresting officer's signature* |
| | Kenny Silva /SA/HSI |
| | *Printed name and title* |