AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

> **RECEIVED**
> *By Claudia Johnson at 5:12 pm, May 08, 2026*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:26-mj-369 |
| Mark Allen Chandler | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Mark Allen Chandler                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:

Stay of Order of Release (Doc. 17).

Date:     05/08/2026

*Issuing officer's signature*

City and state:     Cincinnati, Ohio          Richard W. Nagel, Clerk, U.S. District Court          Deputy Clerk

*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/8/26 , and the person was arrested on *(date)* 5/12/26
at *(city and state)* Cincinnati, OH .

Date: 5/12/24

*Arresting officer's signature*

Dusn Whitney Duncan
*Printed name and title*