**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 1:26-mj-369

vs.

MARK ALLEN CHANDLER,
    Defendant.

**ORDER EXTENDING TIME**
**TO FILE INDICTMENT OR INFORMATION**

This matter is before the Court on the parties' joint motion for an order extending the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment relative to the current charges in this matter for an additional 90 days from June 4, 2026. (Doc. 27).

Having read and considered defendant's motion and waiver of timely indictment deadline, the Court hereby **GRANTS** the motion. In so doing, the Court finds that the defendant's waiver is knowing, intelligent, and voluntary. The Court further finds pursuant to 18 U.S.C. § 3161(h)(7)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by granting the extension outweigh the best interest of the public and the defendant in a speedy information, indictment and trial. The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the defendant and/or the United States reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice in that the parties desire and need additional time to evaluate and investigate the current charges, provide informal discovery, and explore,

negotiate and consider a possible pre-indictment/pre-information resolution of this matter.

Accordingly, the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment relative to the current charges in this matter, is extended for a period of 90 days up to and including **September 2, 2026**. The time period from the date when an indictment or information must have been filed originally shall be excluded in computing the time within which an indictment relative to the charges in this matter must be filed.

**IT IS SO ORDERED.**

6/5/2026
DATE

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE